ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

RICHARD J. TAPPAN

\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 39
September Term, 2023

**O R D E R**

In the parties' joint petition for disciplinary action by consent, respondent agreed that his conduct, as described in the District of Columbia Court of Appeals' May 25, 2023 opinion and order, violated Rules 1.1(a)-(b), 1.3(a) & (c), 1.5(a), 1.15(a), and 8.4(c)-(d) of the District of Columbia Rules of Professional Conduct. As reciprocal discipline, the parties have agreed that the Court should suspend respondent for six months, accounting from November 1, 2023, and require that respondent should serve one year of probation following reinstatement to the Bar of Maryland, with terms and conditions as stated in the parties' probation agreement. Accordingly, it is this 31st day of May 2024, by the Supreme Court of Maryland,

ORDERED that the parties' joint petition for disciplinary action is granted and Richard J. Tappan is suspended for six months accounting from November 1, 2023; and it is further

ORDERED that, upon reinstatement to the Bar of Maryland, respondent is to be placed on one year of probation with the terms and conditions as stated in the parties' probation agreement; and it is further

ORDERED that respondent to reimburse Bar Counsel with $175.00 in costs.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk